LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

SEP 2 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | MISC. NO. 09-SW-206 KJM |
| 5483 Elderdown Way, Sacramento, CA. | REQUEST FOR EXTENSION OF TIME AND [PROPOSED] ORDER |

    The United States hereby applies for an order to extend the time to search for electronic evidence seized by a search warrant at the above reference location by 180 days.  The grounds for the continuance are set forth in the affidavit of Jon Chinn filed herewith.

DATED:  9/25    , 2009

_/s/ Robin Taylor_
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

ORDER

The Court hereby orders that based on the Declaration of Jon Chinn, the Court grants the 180-day continuance to search the electronic evidence seized in this case.

DATED: Sept 25, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge